AO 91 (Rev. 11/11) Criminal Complaint

DOA: 6/10/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Noe Alejandro Ruiz-Trujillo,<br>A #241 508 991 | )<br>)<br>)   Case No.   25-3250MJ<br>)<br>) |
| _____<br>*Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 9, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Noe Alejandro Ruiz-Trujillo, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 28, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

SUZANNE GUERIN
Digitally signed by SUZANNE GUERIN
Date: 2025.06.11 08:41:20 -07'00'

AUTHORIZED BY: Suzanne Guerin, P.S. for AUSA Megan Kelly

☒ Continued on the attached sheet.

JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2025.06.11 10:31:50 -07'00'

_____
*Complainant's signature*

Juan M. Aguirre
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date:  June 11, 2025

M Morrissey

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer.  I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about June 8, 2025, officers with the Glendale Police Department (GPD) arrested Noe Alejandro Ruiz-Trujillo on local charges.  On or about June 9, 2025, Ruiz-Trujillo was booked into the Maricopa County Jail (MCJ), in Phoenix, Arizona, where ICE agents interviewed him, and he stated he is a citizen of Mexico.  On the same date, an immigration detainer was lodged with the MCJ for Ruiz-Trujillo. On or about June 10, 2025, Ruiz-Trujillo was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Ruiz-Trujillo was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Noe Alejandro Ruiz-Trujillo to be a citizen of Mexico and a previously deported alien.  Ruiz-Trujillo was removed from the United States to Mexico, through Nogales, Arizona, on or about September 28, 2024, pursuant to a final order of removal issued by an immigration official. There is no record of Ruiz-

Trujillo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Ruiz-Trujillo's immigration history was matched to him by electronic fingerprint comparison.

4. On or about June 10, 2025, Noe Alejandro Ruiz-Trujillo was advised of his constitutional rights. Ruiz-Trujillo freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about June 9, 2025, Noe Alejandro Ruiz-Trujillo, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about September 28, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

and the attachments to it, and attest that there is sufficient evidence to establish probable

cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry

of Removed Alien).

JUAN M
AGUIRRE

Digitally signed by JUAN M
AGUIRRE
Date: 2025.06.11 10:32:45
-07'00'

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement


Sworn to telephonically on
June 11, 2025

*M Morrissey*

Michael T. Morrissey
United States Magistrate Judge